No. 782. LEE, ADMINISTRATRIX, ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Lee S. Kreindler* and *Samuel N. Hecsh* for petitioners. *Solicitor General Griswold, Assistant Attorney General Weisl, Morton Hollander,* and *Leonard Schaitman* for the United States.